1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-6915
6       FAX: (415) 436-6927

7  Attorneys for Defendants

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                            OAKLAND DIVISION
11
   MOHAMMED J. ZULMANAN,            )
12                                  )
                Plaintiff,           )   No. C 08-4953 CW
13                                  )
             v.                      )
14                                  )
   MICHAEL CHERTOFF, Secretary of the ) **STIPULATION TO DISMISS; AND**
15 Department of Homeland Security;  )   ~~**[PROPOSED]**~~ **ORDER**
   ROBERT S. MUELLER, Director of Federal )
16 Bureau of Investigation,         )
                                    )
17                                  )
                Defendants.          )
18 ─────────────────────────────────

19     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

21 action in light of the following:

22     1. The plaintiff filed a naturalization application with the United States Citizenship and

23 Immigration Services (USCIS) on July 15, 2007.

24     2. The plaintiff was scheduled to appear for an interview on his naturalization application on

25 February 1, 2008, but he did not appear as scheduled.

26     3. The plaintiff's naturalization application was administratively closed on April 4, 2008.

27     4. In light of the fact that plaintiff made an inquiry on his naturalization application within one

28 year of the administrative closure, his naturalization application is being reopened and he is being

STIPULATION TO DISMISS
C 08-4953 CW

1  re-scheduled for an interview on his naturalization application pursuant to 8 C.F.R. § 335(b).

2     5.  Each of the parties shall bear their own costs and fees.

Date: November 25, 2008                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                                   /s/
                                           EDWARD A. OLSEN
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Date: November 25, 2008                            /s/
                                           JUSTIN X. WANG
                                           Attorney for Plaintiff


**ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.

       December 3
Date: ~~November~~ ___, 2008          _____
                                           CLAUDIA WILKEN
                                           United States District Judge

STIPULATION TO DISMISS
C 08-4953 CW